# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JACOB GUSS aka JACOB L. GUSS, aka JACOB LAWRENCE GUSS<br>and<br>LEANN GUSS aka LEANN M. GUSS, aka LEANN MARIE GUSS<br>        DEBTOR | BANKRUPTCY NO. 14-16723<br><br>CHAPTER NO. 13 |

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, and to Permit Distribution of Sale Proceeds ("Motion"), and after a hearing,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED** pursuant to 11 U.S.C. §363(b) and the Debtors are authorized to sell the real property located at 557 Friedensburg Road, Reading, Berks County, Pennsylvania 19606 to Bertha Burton for the sum of $81,000.00 in accordance with terms and conditions as follows:

a. The sale price is $81,000.00 to be paid by the Buyer, Bertha Burton.

b. The Movants shall distribute the sale proceeds of the Premises at settlement. Such distribution shall be paid in this order of distribution:

   i. Wells Fargo Bank, N.A. will be paid in full subject to a proper payoff quote at the time of closing or that any sale short of full payoff will be subject to Wells Fargo Bank, N.A.'s final approval. Closing is required within 30 days of the payoff quote date or a new payoff is required within 30 days of closing;

   ii. All real estate taxes and other obligations owed by the Movants under the terms of the Agreement of Sale;

    iii.    The usual and customary costs of settlement paid by sellers pertaining to the transfer of real estate in Berks County, Pennsylvania, including but not limited to the realty transfer tax, if any;

    iv.    The Broker's commission of 6% of the Purchase Price which represents a 50-50 split between the Sellers' Broker agent and the Buyers' Broker agent;

    v.    The amount of $1,700.00 to be held by the title agency to pay Debtors' Counsel legal fees subject to Bankruptcy Court Approval;

If sufficient funds exist after the payment of all of the above-stated costs, additional distributions will be made as follows until such additional funds are exhausted:

    vi.    Any remaining balance owed under the Chapter 13 plan as of the time of sale; and

    vii.    The Debtors.

IT IS FURTHER ORDERED that the Debtor provide the Chapter 13 Trustee with the HUD1 within 72 hours of the closing

Date: 7/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**